JUDGE MARRERO

51-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DAEWOO LOGISTICS CORP.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

08 CV 01001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DAEWOO LOGISTICS CORP.,                    08 CV

                      Plaintiffs,

                                                       **RULE 7.1 STATEMENT**

    -against -

BRITISH MARINE PLC,

                      Defendant.
----------------------------------------------------------------x

      The Plaintiff, DAEWOO LOGISTICS CORP., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       January 30, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    DAEWOO LOGISTICS CORP.

                  By:    _____
                          Michael E. Unger (MU 0045)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/298118.1