```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08
```

51-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    08 CV 01001 (VM)
DAEWOO LOGISTICS CORP.,

                          Plaintiff,    **ORDER DIRECTING**
  - against -    **RELEASE OF FUNDS AND**
    **DISCONTINUANCE OF**
BRITISH MARINE PLC,    **ACTION**

                          Defendant.
------------------------------------------------------------x

      It having been reported to the Court that the parties have agreed to terms concerning establishment of security for Plaintiff's claims, and no appearance having been made on behalf of the defendant;

      IT IS HEREBY ORDERED that any funds restrained by any garnishees in the district pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order dated January 31, 2008, being sent to/from BRITISH MARINE PLC be released in accordance with the original wire transfer instructions; and

      IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

SO ORDERED: *The Clerk of Court is directed to withdraw any pending motions in this action and to close this case*
February 13, 2008

_____
Hon. Victor Marrero
U.S.D.J.

NYDOCS1/298589.1